IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael J. Kimble, ) | C/A No. 1:10-2623-JFA-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Michael J. Astrue, Commissioner, ) | |
| Social Security Administration ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, Michael J. Astrue, Commissioner of Social Security, by his attorney, the Assistant United States Attorney for the District of South Carolina, has moved this court, pursuant to sentence four of 42 U.S.C. § 405(g), for an order remanding this case to the Commissioner for further administrative proceedings. [Entry #29]. The Commissioner states that, upon remand, the Appeals Council will assign this case to an ALJ to further consider Dr. Sherbondy's January 2010 opinion and explain the weight given to the opinion. The ALJ will also give further consideration to Dr. Chappell's August 2009 opinion as to limitations arising from bipolar disorder/depression, and explain the weight given to the opinion. Plaintiff, through his counsel, consents to this motion. [Entry #30].

Wherefore, based upon the foregoing, this case is remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings as described above.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 19, 2011
Florence, South Carolina

Shiva V. Hodges
United States Magistrate Judge